IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE: )
) Case No. 14-43591-drd
ALEXANDER M. HOWE )
Debtor )

## OBJECTION TO CLAIM

Comes now Movant Alexander Howe and hereby objects to the Proof of Claim filed by creditor, Cerastes, LLC, in the amount of $3,463.84, on December 8, 2014. The court claim number is 7.

PURSUANT TO LOCAL RULE 3007-1 (C), THE CLAIMANT SHALL HAVE 30 DAYS AFTER SERVICE OF THE OBJECTION IN WHICH TO FILE A RESPONSE. THE RESPONSE SHALL BE IN WRITING AND STATE WHY THE CLAIM SHOULD BE ALLOWED AS FILED. IF A RESPONSE IS FILED, THE COURT WILL SCHEDULE A HEARING. IF NO TIMELY RESPONSE IS FILED, THE COURT WILL ENTER AN ORDER SUSTAINING THE OBJECTION TO THE CLAIM. PARTIES NOT REPRESENTED BY AN ATTORNEY SHALL MAIL A RESPONSE TO THE COURT AT THE ADDRESS BELOW. DEBTOR(S) NOT REPRESENTED BY AN ATTORNEY MUST BE SERVED A COPY OF THE RESPONSE BY MAIL.

The basis for the objection is as follows: (PLEASE CHECK ONLY THE APPLICABLE BOXES)

☐ The deadline for filing proofs of claim expired prior to the filing of the claim, so the claim should be disallowed in its entirety. (Not applicable in Chapter 7)

☐ The claim should be disallowed entirely because _____.

**X** **The claim should instead be allowed as an unsecured claim in the amount of $1,478.30 because that is the amount owed at the time of filing, and creditor has no supporting documentation to state otherwise.**

☐ The claim should instead be allowed as secured in the amount of $_____ and unsecured in the amount of $_____ because_____.

☐ Other

Dated: December 16, 2014

January 10, 2013
/s/Christina Tulipana Coen
Christina Tulipana Coen
Missouri Bar #45226
1107 Main Street
Lexington, Missouri 64067
(660) 259-4750 telephone
(660) 259-4215 facsimile
Attorney for Debtors
Email address: coen@embarqmail.com
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I, Christina Tulipana Coen, hereby certify that a true and correct copy of the Objection to Claim was mailed to affected creditor by first class mail this 16th day of December, 2014:

CERASTES, LLC
C/O WEINSTEIN, PINSON AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

Represented parties received notice electronically via the court's Electronic System.

Date: December 16, 2014

/s/Christina Tulipana Coen
Attorney for Debtor